```
1   SHARI L. GREENBERGER, SBN 180438
    506 Broadway
2   San Francisco CA 94133
    415/986-5591
3
    Attorney for Defendant
4   IRIS LAI HUNG TAM
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 05-00375 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER TO MODIFY |
| IRIS LAI HUNG TAM, | CONDITIONS OF RELEASE |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of pretrial release for IRIS TAM may be modified so as to terminate her electronic monitoring conditions. All other conditions previously imposed will remain the same.

Assistant United States Attorney Andy Scoble and Assistant United States Pretrial Officer Richard Sarlatte advised counsel that they have no objection to said modification.

Dated: October 12, 2005

/s/ SHARI L. GREENBERGER         /s/ ANDY SCOBLE
SHARI L. GREENBERGER             ANDY SCOBLE
Attorney for Defendant           Assistant U.S. Attorney
IRIS LAI HUNG TAM                Dated: 10/12/05

PROPOSED ORDER

IT IS SO ORDERED:

October 18, 2005

_____
MAGISTRATE NANDOR J. VADAS
U.S. ~~DISTRICT COURT~~ JUDGE
   Magistrate