1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  ANDREW M. SCOBLE (CSBN 124940)
   Assistant United States Attorney
5
   450 Golden Gate Ave.
6  San Francisco, California 94102
   Telephone: (415) 436-7249
7  Fax: (415) 436-7234

8  Attorneys for Plaintiff

9

10             UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,        )   No. CR 05-0375 SI
                                    )
15         Plaintiff,                )
                                    )   ORDER MODIFYING
16     v.                            )   CONDITIONS OF BAIL
                                    )
17 IRIS LAI HUNG TAM,               )
                                    )
18         Defendant.                )
                                    )
19 _____)

20

21

22     Based upon the parties' stipulation in open court on June 21, 2006, THE COURT
23 HEREBY ORDERS THAT:
24     (1) Defendant Iris Lai Hung TAM's real property located at 3161 Crestmoor
25 Drive, San Bruno, California is hereby released from its posting as security for defendant
26 TAM's bond, and the Clerk of the Court shall execute a deed of reconveyance at to this
27 one piece of real property. The purpose of this bail modification is to allow defendant
28 TAM, based upon her representations as to need, to use the real property to secure a

commercial line of credit. Any funds obtained from the encumbering of 3161 Crestmoor Drive, San Bruno, California after the date of this Order shall be used solely for (1) the business needs of defendant Iris Lai Hung TAM, and (2) payment of counsel for defendant Iris Lai Hung TAM only (i.e., not for the legal costs of any other defendant, without prior authorization from this Court).

(2) The restriction on contacts with co-defendants (including Enrique CHAN) shall continue in force, except that defendant Iris Lai Hung TAM may, for specific occasions, visit with Enrique CHAN with the prior approval of her and his Pretrial Service Officers.

SO ORDERED.

DATED: June 21, 2006

HON. NANDOR J. VADAS
United States Magistrate Judge

ORDER MODIFYING
CONDITIONS OF BAIL                              2