```
SHARI L. GREENBERGER, SBN 180438
506 Broadway
San Francisco CA 94133
415/986-5591

Attorney for Defendant
IRIS LAI HUNG TAM
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00375 |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO TAKE MOTION TO MODIFY BAIL CONDITIONS OFF CALENDER |
| v. | |
| IRIS LAI HUNG TAM, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE to take the motion to modify bail conditions, pending before the Honorable Judge Nandor Vadas, off calender without prejudice, to recalendar at a later date if necessary, predicated upon the parties joint desire to reach resolution of these issues informally.

Dated: August 21, 2006

/s/ SHARI L. GREENBERGER               /s/ ANDY SCOBLE
SHARI L. GREENBERGER                   ANDY SCOBLE
Attorney for Defendant                 Assistant U.S. Attorney
IRIS LAI HUNG TAM                      Dated: 8/21/06

PROPOSED ORDER

IT IS SO ORDERED: 8/22/06

_____
JUDGE NANDOR VADAS
U.S. DISTRICT COURT JUDGE