| | |
|---|---|
| 1  GARRICK S. LEW (State Bar #61889)<br>   Law Offices of Garrick S. Lew<br>2  600 Townsend Street, Suite 329E<br>   San Francisco, CA 94103<br>3  Telephone: (415) 575-3588<br>   Facsimile:  (415) 522-1506<br>4  gsl@defendergroup.com | **FILED**<br><br>FEB 0 6 2009<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>IRIS LAI HUNG TAM,<br><br>  Defendant. | ) CR No. CR 05-0375 SI<br>)<br>)<br>) STIPULATION AND ORDER<br>) EXONERATING PROPERTY BOND<br>) ON DEPOSIT WITH THE COURT<br>)<br>) |

The parties hereby stipulate, through their respective counsel, Nicole Kim, Assistant United States Attorney for plaintiff United States of America and GARRICK S. LEW, attorney for defendant Iris Lai Hung Tam, that the Irving Street property securing defendant's pretrial release bond may be exonerated at this time. The parties agree that the following deed of trust for the following described property shall be released and reconveyed by the Clerk of the Court: Short Form Deed of Trust in favor of the United States District Court for the real property located at ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ executed by Iris Lai Hung Tam, trustor. Said short form deed of trust and assignment of rents was recorded in San Francisco County on June 29, 2005, instrument no. DOC-2005-H981330-00.

DATED: February 6, 2009

Assistant United States Attorney
Nicole M. Kim

1
2  DATED: February 6, 2009
3  GARRICK S. LEW
   Attorney for Defendant
4
5  ORDER
6  Based upon the above stipulation of the parties, good cause appearing,
7  **IT IS HEREBY ORDERED** that the above described property be exonerated as surety for
8  bail in the instant action.
9  **IT IS FURTHER ORDERED** that defense counsel Garrick S. Lew prepare a Reconveyance
10 of the Deed of Trust for the property to be exonerated. Upon receipt of the instant order and the
11 Reconveyance of the Deed of Trust for the property, the Clerk of the Court as Trustee for beneficiary
12 United States District Court shall reconvey the described property to Iris Lai Hung Tam who
13 originally pledged said property as bail. The Clerk of the Court shall send the Reconveyance of Deed
14 of Trust with the Original Deed of Trust for the property for located a[redacted]
15 [redacted] Garrick S. Lew Esq., 600 Townsend Street, Suite 329E, San
16 Francisco, CA 94103, for recording of the Reconveyance in the appropriate county.
17
18 DATED: 2-6-09
   United States Magistrate Judge