GARRICK S. LEW (State Bar No. 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
IRIS TAM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> IRIS TAM, ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR 05-0375 SI <br><br> **STIPULATION AND [Proposed] ORDER FOR CONTINUANCE OF SENTENCING HEARING** |

The United States, through its counsel Nicole Kim, and defendant IRIS TAM, through her counsel Garrick Lew, hereby stipulate and agree to continue the sentencing hearing in this case presently scheduled for Tuesday, May 15, 2009 to Tuesday, July 3, 2009. Defendant and counsel have met with Probation Officer Ben Flores to begin the presentence report interview and additional time is required to complete the presentence investigation. Defendant requires the assistance of an interpreter and defendant's background, businesses, investments and finances are complicated to sort through and understand.

SO STIPULATED.

Dated: April 9, 2009

Garrick S. Lew
Attorney for IRIS TAM

Stipulation & Order for Continuance
of Sentencing Hearing CR 05-0375 SI          1

Dated: April 9, 2009          /s/
                              _____
                              Nicole Kim
                              Assistant United States Attorney

# ORDER

Based on the stipulation of the parties, good cause appearing,

IT IS HEREBY ORDERED that defendant's sentencing hearing scheduled for May 15, 2009 is vacated and sentencing is continued to on J~~uly 3,~~ 7/10/09 2009.

DATED: _____

                              _____
                              Susan Illston
                              United States District Court Judge

Stipulation & Order for Continuance
of Sentencing Hearing CR 05-0375 SI          2