1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  NICOLE KIM (NYBN 4435806)
   Assistant United States Attorney
5
      450 Golden Gate Ave.
6     San Francisco, California  94102
      Telephone:  (415) 436-6401
7     Fax:  (415) 436-6982
      E-Mail:    nicole.kim@usdoj.gov
8
9  Attorneys for the United States of America

10

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16
   UNITED STATES OF AMERICA      )   No.:  CR 05-0375 SI
17                               )
                                 )   STIPULATION CONTINUING
18                               )   SENTENCING HEARING; AND
       v.                        )   [PROPOSED] ORDER
19                               )
   IRIS TAM,                     )
20                               )
          Defendant.             )
21 _____)

22                    STIPULATION

23

24      The parties, through undersigned counsel, hereby stipulate and agree to continue the

25 sentencing in this matter presently scheduled for Friday, July 10, 2009 to Friday, August 14,

26 2009.  The reason for this continuance is that the parties need additional time to work through

27 ///

28 ///

STIPULATION; [PROPOSED] ORDER
                                1

various issues that have come up in connection with this defendant's plea agreement.

Dated: June 29, 2009         JOSEPH P. RUSSONIELLO
                             United States Attorney


                             /s/ Nicole M. Kim
                             _____
                             NICOLE M. KIM
                             Assistant United States Attorney


_____  /s/ Garrick Lew
Dated: June 29, 2009         _____
                             GARRICK LEW
                             Attorney for Defendant Iris Tam


# [PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. The sentencing hearing in the above-referenced case is continued to Friday, August 14, 2009 at 11:00 a.m.


Dated: _____, 2009       *[signature: Susan Illston]*
                              _____
                              HON. SUSAN ILLSTON
                              United States District Judge

STIPULATION; [PROPOSED] ORDER
2