GARRICK S. LEW (State Bar #61889)
Law Offices of Garrick S. Lew
600 Townsend Street, Suite 329E
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. CR 05-0375 SI |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER EXONERATING PROPERTY BOND ON DEPOSIT WITH THE COURT |
| IRIS LAI HUNG TAM, | |
| Defendant. | |

The parties hereby stipulate, through their respective counsel, Nicole Kim, Assistant United States Attorney for plaintiff United States of America and GARRICK S. LEW, attorney for defendant Iris Lai Hung Tam, that the 521 Anita Lane, Millbrae, California property bond securing defendant's pretrial release may be exonerated at this time. The parties agree that the following deed of trust for the following described property shall be released and reconveyed by the Clerk of the Court: Short Form Deed of Trust in favor of the Clerk, United States District Court for the real property located at 521 Anita Lane, Millbrae, California, executed by XIN GEN TAN and YAO WEI QIAN, trustors. Said short form deed of trust and assignment of rents was recorded in San Mateo County on June 28, 2005, instrument no. DOC#2005-107895.

DATED: September 21, 2009

Nicole Kim
Assistant United States Attorney

DATED: September 18, 2009

_____
GARRICK S. LEW
Attorney for Defendant

ORDER

Based upon the above stipulation of the parties, good cause appearing,

**IT IS HEREBY ORDERED** that the above described property be exonerated as surety for bail in the instant action.

**IT IS FURTHER ORDERED** that defense counsel Garrick S. Lew prepare a Reconveyance of the Deed of Trust for the property to be exonerated. Upon receipt of the instant order and the Reconveyance of the Deed of Trust for the property, the Clerk of the Court as Trustee for beneficiary United States District Court shall reconvey the described property to XIN GEN TAN and YAO WEI QIAN who originally pledged said property as bail. The Clerk of the Court shall send the Reconveyance of Deed of Trust with the Original Deed of Trust for the property for located at 521 Anita Lane, Millbrae, California to Garrick S. Lew Esq., 600 Townsend Street, Suite 329E, San Francisco, CA 94103, for recording of the Reconveyance in the appropriate county.

DATED: 9/29/09

_____
United States Magistrate Judge